1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  KEVIN A. MARIANO,                    ) NO. CV 05-2784-GAF (MAN)
                                         )
12                  Petitioner,          )
                                         )
13       v.                              ) JUDGMENT
                                         )
14  STUART A. RYAN,                      )
                                         )
15                  Respondent.          )
    _____)
16

17

        Pursuant to the Court's Order Adopting Findings, Conclusions, and
18
    Recommendations of United States Magistrate Judge,
19

20
        IT IS ADJUDGED that this action is dismissed with prejudice.
21

22
    DATED: July 19, 2010.
23

24
                                         _____
25                                             GARY A. FEESS
                                         UNITED STATES DISTRICT JUDGE
26

27

28